**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2294**

———————

FRANKLIN D. HOWLETT,

Plaintiff - Appellant,

versus

SCHOOL BOARD OF THE CITY OF NORFOLK,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Tommy E. Miller, Magistrate Judge.
(CA-00-168-2)

———————

Submitted:  August 31, 2001          Decided:  September 26, 2001

———————

Before MOTZ, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Franklin D. Howlett, Appellant Pro Se.  Bernard Anthony Pishko, John Yulee Richardson, Jr., Daniel R. Hagemeister, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Franklin D. Howlett appeals the magistrate judge's order granting summary judgment to his former employer and order denying a motion to reconsider under Fed. R. Civ. P. 60(b). We have reviewed the record and the magistrate judge's opinions and find no reversible error.[*] Accordingly, we affirm on the reasoning of the district court. See Howlett v. School Board of the City of Norfolk, No. CA-00-168-2 (E.D. Va. Sept. 15, 2000) (for reasons as stated from the bench); Howlett v. School Board of the City of Norfolk, No. CA-00-168-2 (E.D. Va. filed Apr. 9, 2001; entered Apr. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

2